# CRITCHLEY, KINUM & VAZQUEZ, LLC
ATTORNEYS AT LAW
75 LIVINGSTON AVENUE
ROSELAND, NEW JERSEY 07068

MICHAEL CRITCHLEY
MICHAEL CRITCHLEY, JR.
CHRISTOPHER W. KINUM
JOHN MICHAEL VAZQUEZ

EDMUND DENOIA

November 22, 2011

(973) 422-9200

FAX: (973) 422-9700
web site: www.critchleylaw.com

*Via Fax: (973) 645-3843*

Honorable Susan D. Wigenton, U.S.D.J.
United States District Court
50 Walnut Street – Room 5060
Newark, New Jersey 07102

**Re:**  *U.S.A. v. Patrick Brown*

Dear Judge Wigenton:

    As Your Honor is aware, this office represents Msgr. Patrick Brown, who was recently released from MDC Brooklyn and is now being monitored by U.S. Probation via electronic monitoring. Pursuant to the instructions of Stanley Whetstone, Msgr. Brown's probation officer, I am writing to Your Honor requesting that Msgr. Brown be permitted to perform the Sacrament of Holy Matrimony this weekend for his nephew, who Msgr. Brown has raised as a son since his father's passing. His nephew is the Monsignor's sister's son.

    The wedding rehearsal is scheduled for Friday, November 25, 2011, at 6:00 p.m., at Assumption Church, 91 Maple Avenue, Morristown, New Jersey. The rehearsal is expected to last approximately an hour and a half. The rehearsal dinner will be held at a restaurant in Morristown, New Jersey, commencing at approximately 7:45 p.m., wherein Msgr. Brown will say Grace and lead the family in prayer.

    The wedding ceremony will take place on Saturday, November 26, 2011, at 3:00 p.m., at Assumption Church in Morristown and the reception will be in Stirling, New Jersey, commencing at 6:30 p.m. I expect the dinner will be served at approximately 7:30, wherein, Msgr. Brown will lead the family in prayer.

    Msgr. Brown is seeking permission to attend the wedding rehearsal and rehearsal dinner from 4:00 p.m. to 10:30 p.m. on Friday, November 25, 2011, and the wedding ceremony and reception from 1:00 p.m. to 9:30 p.m. on Saturday, November 26, 2011.

    We have contacted the U.S. Attorney's Office and they do not object to our request.

Honorable Susan D. Wigenton, U.S.D.J.
November 22, 2011
Page 2

Thank you for Your Honor's kind attention to this request.

Respectfully submitted,

MICHAEL CRITCHLEY

MC:mc

cc: Judith H. Germano – Chief, Economic Crimes (via e-mail)

**So Ordered** this 22ND day of November 2011

Susan D. Wigenton, U.S.D.J.