# CRITCHLEY, KINUM & VAZQUEZ, LLC
### ATTORNEYS AT LAW
### 75 LIVINGSTON AVENUE
### ROSELAND, NEW JERSEY 07068

MICHAEL CRITCHLEY
MICHAEL CRITCHLEY, JR.
CHRISTOPHER W. KINUM
JOHN MICHAEL VAZQUEZ

EDMUND DENOIA

(973) 422-9200

Fax: (973) 422-9700
web site: www.critchleylaw.com

September 13, 2012

**Via Fax: (973) 645-3843 & First Class Mail**

Honorable Susan D. Wigenton, U.S.D.J.
United States District Court
50 Walnut Street – Room 5060
Newark, New Jersey 07102

Re:   U.S.A. v. Patrick Brown

Dear Judge Wigenton:

As Your Honor is aware, this office represents Msgr. Patrick Brown in connection with the above-referenced matter. Pursuant to the instructions of Jessica Alberts, Msgr. Brown's probation officer, I am writing to Your Honor requesting that Msgr. Brown be permitted to travel to Ireland with the Knights and Dames of Malta in the capacity as Spiritual Chaplain, departing from Newark on Sunday, September 23, 2012, and returning on Monday, October 1, 2012. The Knights and Dames of Malta is a religious organization affiliated with the Catholic Church.

Thank you for Your Honor's kind attention to this request.

Respectfully submitted,

MICHAEL CRITCHLEY

MC:mc

**So Ordered**
this ___ day of _____

Susan D. Wigenton, U.S.D.J.